**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| PAOLA ALEJANDRA SANTOS RAMIREZ *o/b/o* A.A.T.S., | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Case No. 4:26-cv-878-CDL-ALS |
| | : | |
| Warden, STEWART DETENTION CENTER, *et al.*, | : | |
| | : | |
| Respondents. | : | |

_____

**ORDER**

On May 28, 2026, the Court received a purported application for habeas corpus relief under 28 U.S.C. § 2241 filed by Paola Alejandra Santos Ramirez as next friend for A.A.T.S., who is currently detained at Stewart Detention Center in Lumpkin, Georgia. (ECF No. 1). Because Ms. Santos Ramirez did not seek permission to file the application as next friend for A.A.T.S., the Court ordered either that Ms. Santos Ramirez file a motion to proceed as next friend together with a supporting declaration or that A.A.T.S. file a signed copy of the purported habeas application. (ECF No. 3). In response, Ms. Santos Ramirez filed a Motion seeking to proceed as next friend and a supporting declaration, among other documents. (ECF No. 4). Having considered Ms. Santos Ramirez's Motion, for the following reasons, the Court denies Ms. Santos Ramirez's Motion because it finds that Ms. Santos Ramirez has not met the standard to proceed as next friend for A.A.T.S.

In her Motion and declaration, Ms. Santos Ramirez essentially repeats that same allegations: that A.A.T.S.'s immigration detention presents challenges to his ability to prosecute a federal habeas petition, which challenges are compounded by the lack of legal resources, A.A.T.S.'s language barriers, and the stress under which A.A.T.S. is suffering as

a result of his immigration detention. (*See generally* ECF Nos. 4, 4-1). However, as the Court noted in its Order for supplemental briefing on this issue, that is the situation virtually every immigration detainee finds themselves in, and even still, hundreds have managed to prosecute their federal habeas petitions in this Court, not to mention the many thousands across the nation. However sympathetic these situations may be, the Court is bound to apply the law. As a result, Ms. Santos Ramirez has presented nothing which distinguishes A.A.T.S.'s circumstances from the majority of immigration detainee petitioners in this Court. Consequently, Ms. Santos Ramirez's Motion seeking to proceed as next friend for A.A.T.S. (ECF No. 4) is **DENIED**.

Accordingly, A.A.T.S. shall have **TWENTY-ONE (21) DAYS** from the date of this Order to file a signed federal habeas application. The Clerk is directed to forward blank copies of the appropriate forms to both A.A.T.S. at Stewart Detention Center and to Ms. Santos Ramirez, together with service copies of this Order, for A.A.T.S.'s use in complying with this Order. Failure to comply with this Order may result in the Court recommending the dismissal of this matter.

**SO ORDERED**, this 10th day of June, 2026.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE

2